IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              No. 4:20-cr-333-DPM

BRYANT CUNNINGHAM                                           DEFENDANT

## ORDER

1.    After conferring with counsel, Bryant Cunningham consented to a plea hearing before Magistrate Judge Beth Deere. On *de novo* review, the Court adopts her recommendation, *Doc. 54.* No objections were filed and the time to do so has passed.

2.    Cunningham knowingly possessed a stolen firearm with a connection to interstate commerce on 30 October 2019 in the Eastern District of Arkansas, as charged in the superseding information. He made a knowing and voluntary choice to plead guilty under the terms of his proposed plea agreement. The Court has reviewed and accepts that agreement. FED. R. CRIM. P. 11(c)(3)(A).

3.    The Court accepts Cunningham's guilty plea and convicts him of the offense. The United States' motion to dismiss the original indictment against him, *Doc. 55*, is granted.

4.    A hearing notice for sentencing and a Scheduling Order will issue.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

28 November 2022